**E-FILED**
Thursday, 02 March, 2017  01:29:54 PM
Clerk, U.S. District Court, ILCD

**THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOHN B. MCGLASSON, JR., an individual  ) | |
| ) | |
| Plaintiff,  ) | |
| vs.  ) | |
| ) | |
| BYB EXTREME FIGHTING SERIES,  ) | Case No.  16-cv-1259 |
| LLC, a Florida limited liability company,  ) | |
| MICHAEL VAZQUEZ, an individual,  ) | Hon. James E. Shadid |
| DHAFIR "DADA5000" HARRIS, an  ) | |
| individual,  ) | |
| ) | |
| Defendants.  ) | |

**DEFENDANT DHAFIR "DADA5000" HARRIS' MOTION TO DISMISS**
**AND QUASH SERVICE PURSUANT TO FED. R. CIV. P. 12(b)(2) & (b)(5)**

Defendant, Dhafir "DADA5000" Harris ("Harris"), through his undersigned counsel, moves this Court to dismiss Plaintiff John B. McGlasson, Jr.'s ("Plaintiff") Amended Complaint and quash service purportedly made on Harris pursuant to Fed. R. Civ. P. 12(b)(2) & (b)(5).  In support, Harris states as follows:

1.      Plaintiff originally filed this action in the Circuit Court of the Tenth Judicial Circuit of Peoria County, Illinois. It was subsequently removed to this Court.  (Doc. #1.)

2.      On August, 9, 2016, Plaintiff filed his Amended Complaint. (Doc. #8.)

3.      On January 17, 2017, the Court entered an order requiring Plaintiff to obtain "service of process on Defendant Harris within 21 days of this Order." (Order dated 1/17/2017.) Plaintiff filed a response to the Order, in which he stated that service of process was obtained on Harris in the Peoria County case.  (Doc. #14)

4.    Plaintiff attached to his response an affidavit of service, which purports to show abode service was made on June 18, 2016, by serving Harris' son, Dhafir Harris, Jr., at 10421 SW 179th Street, Miami, Florida 33157.  (Doc. #14-1.)

5.    However, neither Harris nor his son was ever served with a summons or complaint in this matter or the Peoria County matter.

6.    Further, Harris lacks contacts with Illinois sufficient for the Court to assert personal jurisdiction over him.

7.    For the reasons set forth above and in Harris' contemporaneously filed memorandum of law in support, which is incorporated herein by reference, Plaintiff's Amended Complaint should be dismissed.

WHEREFORE, Defendant Dhafir "DADA5000" Harris respectfully requests that the Court dismiss Plaintiff's Amended Complaint with prejudice and quash the purported service of process on Harris pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).


Dated:  March 2, 2017                                Respectfully submitted,

                                                     By:  _/s/  Paula Jacobi_____

                                                     Paula Jacobi [ARDC # 1311247]
                                                     Jeffrey Sanford [ARDC # 6316692]
                                                     pjacobi@btlaw.com
                                                     **BARNES & THORNBURG LLP**
                                                     One North Wacker Drive
                                                     Suite 4400
                                                     Chicago, IL 60606
                                                     Tel: (312) 214-4866

                                                     *Attorneys for Defendant Dhafir*
                                                     *"DADA5000" Harris*


2

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on March 2, 2017, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system.  The following counsel of

record will be served by operation of the CM/ECF system:

Jeffrey A. Ryva, Esq.
jryva@quinnjohnston.com
Quinn, Johnston, Henderson, Pretorius & Cerulo
227 N.E. Jefferson
Peoria, IL 61602
Tel: 309-674-1133
Fax: 309-674-6503


By:  */s/  Paula Jacobi*
       Paula Jacobi

DMS 4778053v1

3